UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Alfie Slone,
aka Alfie Sloane,

    Plaintiff,                              Case No. 2:22-cv-144

    v.                                    Judge Michael H. Watson

Mike DeWine, *et al.*,               Magistrate Judge Deavers

    Defendants.

## ORDER

On April 28, 2022, Magistrate Judge Deavers issued an Order and Report and Recommendation ("R&R") in this case. ECF No. 6. The R&R recommended the Court dismiss Plaintiff's pro se, prisoner civil rights case for failure to state a claim. *Id.* at 1–2, 24.

The R&R advised the parties of their right to object to the same and that failure to timely object would result in forfeiture of the right to de novo review by the Undersigned as well as the right to appeal the Undersigned's adoption of the R&R. *Id.* at 24–25. Plaintiff did not file any objections, and the deadline for doing so has passed. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITH PREJUDICE** Plaintiff's Complaint. Further, the Court **CERTIFIES** that any appeal of this Order would not be taken in good faith; Plaintiff is therefore **DENIED** leave to appeal in forma pauperis.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT